FILED:  September 21, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-2108

(8:15-cv-02303-RWT)

_____


RONALD SATISH EMRIT

          Plaintiff - Appellant

v.

RONALD CEPHAS EMRIT; TANYA BROOKS; NATIONAL INSTITUTE OF
HEALTH

          Defendants - Appellees

This case has been opened on appeal.

| Originating Court | United States District Court for the District of Maryland at Greenbelt |
|---|---|
| Originating Case Number | 8:15-cv-02303-RWT |
| Date notice of appeal filed in originating court: | 09/18/2015 |
| Appellant (s) | Ronald Satish Emrit |
| Appellate Case Number | 15-2108 |
| Case Manager | Joy Hargett Moore 804-916-2702 |