**UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT**
**INFORMAL BRIEF**

**No.** 15-2108,    Ronald Emrit v. Ronald Emrit

8:15-cv-02303-RWT

RECEIVED 2015 OCT 13 AM 10: 29 U.S. COURT OF APPEALS FOURTH CIRCUIT

### 1. Jurisdiction (for appellants/petitioners only)

A. Name of court or agency from which review is sought:

U.S. District Court of Maryland

B. Date(s) of order or orders for which review is sought:

date is unknown

### 2. Timeliness of notice of appeal or petition for review (for prisoners only)

Exact date on which notice of appeal or petition for review was placed in institution's internal mailing system for mailing to court:

### 3. Issues for Review

Use the following spaces to set forth the facts and argument in support of the issues you wish the Court of Appeals to consider. The parties may cite case law, but citations are not required.

**Issue 1.** The appellees/defendants should be required to pay $200 - $500 per month until appellant gets a job

**Supporting Facts and Argument.** The appellant/plaintiff is trying very hard to pass the bar exam perhaps in the state of Nevada so that he can practice law in the state of Nevada. The appellant/plaintiff has also been trying to succeed in the music business after he has invested over approximately $20,000 on this endeavor. In the past, the plaintiff/appellant has worked at office Depot and Target but these salaries were approximately $7.00/hour and are not enough to help the plaintiff pay his bills.

**Issue 2.** The appellees/defendants should recognize that the appellant is trying hard to be successful.

**Supporting Facts and Argument.** The appellees/defendant should take note that the appellant is a Democratic candidate for president in the 2016 presidential election. The appellate's candidate ID # with the FEC is P60005535 His Political Action Committee (PAC) or Separate Segregated Fund (SSF) is called the United Emrits of America and the Committee ID# is C00569897.

**Issue 3.** The appellant/plaintiff should be appointed as the guardian or guardian ad litem for Karen Smith Emrit.

**Supporting Facts and Argument.** The plaintiff's mother (e.g. Karen Smith Emrit) has recently been diagnosed with Alzheimer's Disease. She appears to suffer from mild cognitive impairment (MCI) and/or benign senescent forgetfulness. She should be treated by NIH with Exelon, Aricept, Namenda, or Razadyne. She should be taking plenty of anti-oxidants to remove free radicals in her brain. She should also be taking ginko biloba (herbal remedy).

**Issue 4.** Karen Emrit should be allowed to travel to Las Vegas, NV so that she can life with the appellant/plaintiff.

**Supporting Facts and Argument** In order to ensure that the plaintiff's mother is receiving the best possible medical treatment, Karen Emrit should be allowed to live with the appellant/plaintiff so he could take good care of her. She needs to eliminate amyloid plaques in her brain and she needs to make sure that she does not suffer from transient ischemic attacks (TIA's), dementia with Lewy Bodies (DLB) or fronto temporal dementia.

**4. Relief Requested**
**Identify the precise action you want the Court of Appeals to take:** An injunction should be imposed requiring the appellees to pay the appellant/plaintiff $200 - $500 per month until the appellant is able to get a job. The appellant/plaintiff should be appointed as guardian or guardian ad litem to take care of Karen Emrit pursuant to Rule 17 of the Federal Rules of Civil Procedure (F.R.C.P.). Karen Emrit should be allowed to live with appellant in Las Vegas, NV.

**5. Prior appeals (for appellants/petitioners only)**
There are no prior appeals with regards to the present case at bar.

A. Have you filed other cases in this Court? Yes [✓] No [ ]

B. If you checked YES, what are the case names and docket numbers for those appeals and what was the ultimate disposition of each?

Emn't v. CheapoAir                    Emn't v. Bank of America
Emn't v. Office Depot                 Emn't v. ACN

_Ronald Satish Emnit_

Signature
[Notarization Not Required]

Ronald Satish Emn't

[Please Print Your Name Here]

## CERTIFICATE OF SERVICE
**********************

I certify that on 10/5/2015 I served a copy of this Informal Brief on all parties, addressed as shown below:

_Ronald Satish Emnit_

Signature

---

**NO STAPLES, TAPE OR BINDING PLEASE**

1.) Ronald Cephas Emn't
    5108 Cornelias Prospect Dr.
    Bowie, MD 20720

2.) Tanya Brooks c/o
    Karen Smith Emn't
    5108 Cornelias Prospect Dr.
    Bowie, MD 20720

3.) National Institutes of Health (NIH)
    9000 Rockville Pike
    Bethesda, MD 20892

USCA4 Appeal: 15-2108    Doc: 7    Filed: 10/13/2015    Pg: 4 of 4

Ronald Satish Emrit
4529 Townwall Street
Las Vegas, NV 89115

LAS VEGAS NV 890

05 OCT 2015 PM 2 L

FOREVER

Attn: Clerk of the Court
U.S. Court of Appeals for the
Fourth Circuit
Lewis F. Powell Jr Courthouse & Annex
1100 East Main Street, Suite 501